

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Stephen Craig Whitworth,        * From the 441st District
Court of Midland County,
Trial Court No. CR38839.

Vs. No. 11-12-00114-CR        * May 30, 2014

The State of Texas,        * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court as to Stephen Craig Whitworth's conviction and punishment for murder. We reverse the judgment of the trial court as to Stephen Craig Whitworth's conviction for aggravated assault with a deadly weapon, and we remand the cause to the trial court for further proceedings on that charge.